IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CEBRIAN OMAR SIMS,

    Petitioner,

    v.                                                 Case No. 18-cv-408-wmc

LOUIS WILLIAMS,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Cebrian Omar Sims' petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

/s/                                              November 23, 2021
Peter Oppeneer, Clerk of Court                  Date